IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATARZYNA GRONDECKI, et al. | : | CIVIL ACTION |
| | : | No. 12-6322 |
| v. | : | |
| | : | |
| AXIOM MANAGEMENT, INC. | : | |

## ORDER

AND NOW, this 28th day of January, 2016, upon consideration of a motion by defendant seeking summary judgment on the claims of plaintiffs Antoni and Irena Cyrkler, Dkt No. 45, the Cyrklers' response (Dkt. No. 47), defendant's reply (Dkt. No. 49), the Cyrklers' supplemental exhibits (Dkt. No. 50) and defendant's response to the Cyrklers' supplemental exhibits (Dkt. No. 52), it is ORDERED that:

1) Princeton Holdings, Inc., d/b/a Ameripol Tours, is substituted as defendant for Axiom Management, Inc.[1]; and

2) defendant's motion is GRANTED and JUDGMENT IS ENTERED in favor of defendant Princeton Holdings, Inc., d/b/a Ameripol Tours and against plaintiffs Antoni Cyrkler and Irena Cyrkler with respect to their claims.

IT IS FURTHER ORDERED that on or before February 8, 2016, the parties shall inform the Court with respect to the status of the remaining claims in this action. Although they have not been terminated as parties to the case, defendant contends that "the claims of the five other plaintiffs have been resolved." Dkt. No. 45-1 at ECF p. 2.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.

---

[1] Defendant contends that it is incorrectly designated in plaintiffs' complaint as Axiom Management, Inc. Dkt No. 45-1 at ECF p. 1. Plaintiffs have not disputed this contention.